

**THE YANKOWITZ LAW FIRM**
A PROFESSIONAL CORPORATION

| | |
|---|---|
| ATTORNEYS AT LAW | **NEW YORK CITY** |
| JACK A. YANKOWITZ | 150 Broadway |
| KEVIN MAIN □ | New York, New York 10038 |
| DINO SPADACCINI ○ | (212) 868-8888 (718) 829-4300 |
| MICHAEL A. ETKIN * | **ALBANY** |
| ROBERT A. HUBER ◊ | 90 State Street |
| MARK PANEPINTO | Albany, New York 12207 |
| DANIEL LUKASIK | (800) LAW-2222 |
| AUGUSTINE ARDIZZONE | **BUFFALO** |
| GARY TASHLITSKY | 420 Main Street |
| Office Administrator | Buffalo, New York 14202 |
| JEFFREY GUZMAN | **NEW JERSEY** |
| GARY KAUGET | 98 Franklin Corner Road |
| STEVEN KRENTSEL | Lawrenceville, NJ 08648 |
| Trial Counsel | 64 Maple Avenue |
| MICHAEL SERRES | Morristown, NJ 07960 |
| MICHAEL PYRROS | **PENNSYLVANIA** |
| Counsel | 4961 Oxford Avenue |
| Member of PA & NJ Bar □ | Philadelphia, PA 19124 |
| Member of PA Bar ○ | **AFFILIATED** |
| Member of NY & NJ Bar ◊ | Sheller Ludwig & Badey, P.C. |
| | 1 Greentree Centre – Suite 201 |
| | Marlton, NJ 08053 |

175 EAST SHORE ROAD
GREAT NECK, NEW YORK 11023
Tel: (516) 622-6200
Fax: (516) 829-4344
YANKOWITZLAW@AOL.COM

REPLY TO GREAT NECK OFFICE

October 18, 2007

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
att: Hon. Victor Marrero

Re: Angel Vazquez v. Classic Cruisers
Docket No. 07 CIV 6239

Your Honor,

Pursuant to a three way telephone conversation with Mr. Elliott Greenfield and attorneys for both parties, the above-captioned action is adjourned on consent to Noevember 9, 2007 at 10:00 A.M.

Sincerely,

Kenneth G. Esehak

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-07

cc: Carfora, Klar, Gallo, Vitucci, Pinter and Cogan
185 Madison Avenue, 16th Fl.
New York, N.Y. 10016
Att: Matt Levy

Request GRANTED. The initial conference herein is rescheduled to 11-9-07 at 10:00 a.m.

SO ORDERED.

10-18-07
DATE    VICTOR MARRERO, U.S.D.J.