# Gallo Vitucci Klar
# Pinter&Cogan

185 Madison Avenue, 12th Floor
New York, New York 10016
Telephone (212) 683-7100
Facsimile (212) 683-5555
www.cklaw-ny.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07
```

New Jersey Office:
140 Sylvan Avenue
Englewood Cliffs, NJ 07632
Telephone (201) 242-1011
Facsimile (201) 461-2621

November 7, 2007

FAX: (212) 805-6382
Hon. Victor Marrero
United States District Judge
500 Pearl St., Room 660
New York, NY 10007

    Re:    **VAZQUEZ v. CLASSIC CRUISERS, et al.**
           Our File No.:    LA-2007-9
           Federal Court No.:    07 CIV 6239 (VM)(JCF)

Dear Judge Marrero:

    There is an initial conference scheduled on this case for November 9, 2007.

    On October 23, 2007, I forwarded the attached letter to plaintiff's counsel requesting that they contact me upon receipt of the letter so that we can timely prepare the joint status letter and Case Management Plan in anticipation of the initial conference. A second letter requesting that plaintiff's counsel contact us was mailed on November 2, 2007 by federal express. A copy of that letter is also attached.

    I would respectfully request your guidance with regards to this matter.

    Thank you for your time and attention.

Very truly yours,

Matthew Levy

> The initial conference herein is cancelled until the parties have conferred and submitted to the Court the joint letter the Court requested in its scheduling order. The parties are directed to submit such letter.
> SO ORDERED: by not later than 11-16-07.
> 11-7-07
> DATE     VICTOR MARRERO, U.S.D.J.