

## THE YANKOWITZ LAW FIRM
A PROFESSIONAL CORPORATION

**ATTORNEYS AT LAW**
JACK A. YANKOWITZ
KEVIN MAIN ◊
DINO SPADACCINI ○
MICHAEL A. ETKIN •
ROBERT A. HUBER ○
MARK PANEPINTO
DANIEL LUKASIK

AUGUSTINE ARDIZZONE
GARY TASHLITSKY
Office Administrator

JEFFREY GUZMAN
GARY KAUGET
STEVEN KRENTSEL
Trial Counsel
MICHAEL SERRES
MICHAEL PYRROS
Counsel

Member of PA & NJ Bar ○
Member of PA Bar •
Member of NY & NJ Bar ◊

175 EAST SHORE ROAD
GREAT NECK, NEW YORK 11023
Tel: (516) 622-6200
Fax: (516) 829-4344
YANKOWITZLAW@AOL.COM

**REPLY TO GREAT NECK OFFICE**

**NEW YORK CITY**
150 Broadway
New York, New York 10038
(212) 868-8888  (718) 829-4300

**ALBANY**
90 State Street
Albany, New York 12207
(800) LAW-2222

**BUFFALO**
420 Main Street
Buffalo, New York 14202

**NEW JERSEY**
98 Franklin Corner Road
Lawrenceville, NJ 08648

64 Maple Avenue
Morristown, NJ 07960

**PENNSYLVANIA**
4961 Oxford Avenue
Philadelphia, PA 19124

**AFFILIATED**
Sheller Ludwig & Badey, P.C.
1 Greentree Centre - Suite 201
Marlton, NJ 08053

November 29, 2007

Via Fax: 212-805-6378
Hon. Victor Marrero
United States District Judge
500 Pearl Street
Room 660
New York, N.Y. 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11-29-07

Re:  Vazquez v. Classic Cruisers, et. al.
     Federal Court No.: 07-CV-6239

Dear Judge Marrero:

I respectfully submit this request for an adjournment of the conference scheduled for tomorrow, November 30, 2007, due to a medical emergency. I have contacted Mr. Matthew Levy, Esq. and he has consented to the adjournment. Please re-schedule the conference to December 7, 2007 at 10:45 in the A.M. or at any other time that is suitable for your Honor. I will fax a copy of his correspondence to Mr. Levy for his file.

I graciously thank you.

Respectfully submitted,

THE YANKOWITZ LAW FIRM, P.C.

Robert P. Baquet

/rpb

cc:  Matthew P. Levy, Esq.
     Carfora, Klar, Gallo, Vitucci, Pinter & Cogan, LLP
     185 Madison Avenue, 12th Floor
     New York, NY 10016

> Request GRANTED. The initial conference herein is rescheduled to 12-7-07 at 10:45 a.m.
>
> SO ORDERED.
>
> 11-29-07
> DATE       VICTOR MARRERO, U.S.D.J.