UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
ANGEL VAZQUEZ,

                Plaintiffs,

                                              DOCKET NO.: 07-CV-6239

        -against-                             NOTICE OF
                                                     APPEARANCE

CLASSIC CRUISERS, CLASSIC TOURS and
JOSEPH ONOFRIETTI

                Defendants.
_____x

S I R S:

      PLEASE TAKE NOTICE, that the undersigned hereby appears in the within action on behalf of plaintiff ANGEL VAZQUEZ.

Dated: Great Neck, New York

      December 14, 2007

                                                        THE YANKOWITZ LAW FIRM, P.C.
                                                        Attorneys for ANGEL VAZQUEZ

                                                        ROBERT P. BAQUET (8162)
                                                        175 East Shore Road
                                                        Great Neck, NY 11023
                                                        (516) 622-6200