USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL VAZQUEZ,

            Plaintiff(s),

   -against-

CLASSIC CRUISERS, CLASSIC TOURS and
JOSEPH ONOFRIETTI,

           Defendant(s),
-----------------------------------------------------------X

Docket No.: 07 civ 6239

**PROPOSED JOINT SCHEDULING ORDER**

**APPEARANCES**

Robert P. Baquet
THE YANKOWITZ LAW FIRM, P.C.
Attorneys for Plaintiff
ANGEL VAZQUEZ
175 East Shore Road
Great Neck, NY 10023
(516) 622-6200

Matthew P. Levy
GALLO, VITUCCI, KLAR, PINTER & COGAN
Attorneys for Defendants
185 Madison Avenue
12th Floor
New York, NY 10016
(212) 683-7100

1.    **DATE OF CONFERENCE**: December 7, 2007

2.    **STATEMENT OF ISSUES**:

Plaintiff Angel Vazquez alleges that on June 10, 2006 at approximately 4:30p.m. while operating his vehicle on Broadway near West 51st Street, New York, NY, the defendant Joseph Onofrietti carelessly, recklessly and negligently turned the defendants' bus into plaintiff's lane of travel, striking and colliding into the passenger side of plaintiff's vehicle with the front drivers side of defendants' bus, and causing severe and permanent injuries to the plaintiff.

Defendant alleges that the accident occurred because of plaintiff's culpable conduct in turning his vehicle into defendant's lane of traffic. Defendant further alleges that plaintiff did not suffer a serious injury as a result of this accident.

3. **SCHEDULE**

   (a) **Parties to be deposed**

   Angel Vazquez and Joseph Onofrietti. Depositions will be completed by February 15, 2008

   Non-Party witness: NYC Police Officer Stolzer, Badge # 933390, 18th Precinct, New York City.

   (b) Documents produced by:       January 15, 2008

   (c) Expert reports produced by:  March 15, 2008 (plaintiff)
                                    April 15, 2008 (defendant)

       Expert depositions by:       June 15, 2008

   (d) discovery completed by:      June 20, 2008

   (e) Plaintiff supply PTO:        July 30, 2008

   (f) Submission of PTO:           August 30, 2008

   (g) Final Pretrial Conference:   6-27-08 at 11:00 a.m.

4. **ANTICIPATED LIMITATIONS ON DISCOVERY**: None at this time

5. **UNRESOLVED DISCOVERY ISSUES**: None

6. **PROPOSED EXPERT TESTIMONY ON BEHALF OF PLAINTIFF**:

   Plaintiff's treating physicians. Their testimony will be as to plaintiff's injuries, medical care and treatment, permanent disability, restrictions and limitations.

   **PROPOSED EXPERT TESTIMONY ON BEHALF OF DEFENDANTS**:

   A neurologist and orthopedist will be designated for Independent Medical Examinations. Moreover, the MRI films will be reviewed by a radiologist.

7. **LENGTH OF TRIAL**: We demand a jury trial. 2 to 3 days.

   This scheduling Order may be altered or amended only on a showing of good causes not foreseeable at the time of the conference or when justice so requires.

| | |
|---|---|
| THE YANKOWITZ LAW FIRM, P.C. | GALLO, VITUCCI, KLAR , PINTER & COGAN |

_____                      _____
Robert P. Baquet (RB8162)                      Matthew P. Levy (ML1522)
Attorneys for Plaintiff                        Attorneys for Defendants
ANGEL VAZQUEZ                                  185 Madison Avenue
175 East Shore Road                            12th Floor
Great Neck, NY 10023                           New York, NY 10016
(516) 622-6200                                 (212) 683-7100

SO ORDERED: 18 January 2008

_____
Victor Marrero, U.S.D.J.